[Cite as *State v. Bobo*, 2025-Ohio-5714.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- vs -

JAMAR C. BOBO,

        Defendant-Appellant.

**CASE NO. 2025-P-0071**

Criminal Appeal from the
Court of Common Pleas

Trial Court No. 2020 CR 00698 C

---

## MEMORANDUM OPINION AND JUDGMENT ENTRY

Decided: December 22, 2025
Judgment: Appeal dismissed

---

*Connie J. Lewandowski*, Portage County Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Jamar C. Bobo*, pro se, PID# A823-605, Allen-Oakwood Correctional Institution, P.O. Box 4501, 2338 North West Street, Lima, OH 45802 (Defendant-Appellant).

SCOTT LYNCH, J.

{¶1} On October 10, 2025, appellant, Jamar C. Bobo, filed a pro se notice of appeal from the Portage County Court of Common Pleas' August 8, 2025 entry sentencing him to 18 months in prison.

{¶2} "[A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3} App.R. 5(A)(1) states:

{¶4} "After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶5} "(a) Criminal proceedings . . ."

{¶6} App.R. 5(A)(2) further provides that "[a] motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right."

{¶7} A timely notice of appeal from the August 8, 2025 entry was due no later than September 8, 2025, which was not a holiday or weekend. The appeal is untimely by approximately one month.

{¶8} Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A). Thus, this court is without jurisdiction to consider the appeal. Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶9} Accordingly, this appeal is hereby dismissed, sua sponte, as untimely.


ROBERT J. PATTON, P.J.,

JOHN J. EKLUND, J.,

concur.

Case No. 2025-P-0071

# JUDGMENT ENTRY

For the reasons stated in the memorandum opinion of this court, it is ordered that this appeal is hereby dismissed, sua sponte, as untimely.

Any pending motions are hereby overruled as moot.

Costs shall be taxed against appellant.

_____
JUDGE SCOTT LYNCH

_____
PRESIDING JUDGE ROBERT J. PATTON,
concurs

_____
JUDGE JOHN J. EKLUND,
concurs

| **THIS DOCUMENT CONSTITUTES A FINAL JUDGMENT ENTRY** |
|:---:|
| A certified copy of this opinion and judgment entry shall constitute the mandate pursuant to Rule 27 of the Ohio Rules of Appellate Procedure. |

Case No. 2025-P-0071